```
            IN THE UNITED STATES DISTRICT COURT
               WESTERN DISTRICT OF ARKANSAS
                    HOT SPRINGS DIVISION
```

EDDIE S. WATKINS                                            PLAINTIFF

          v.           Civil No. 07-6066

SHERIFF CHAD LEDBETTER; FORMER
LT. GRICE; SGT. MARSH; CPL.
KEVIN ABBOTT; JAILER MIKE TAYLOR;
and JAILER WILLIAM ROSS, JR.                               DEFENDANTS

### ORDER

Now on this 16th day of March, 2009, comes on for consideration the **Report and Recommendation of the Magistrate Judge** issued by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas, (Doc. 64), to which there are no objections. The Court, being well and sufficiently advised, finds that the Report And Recommendation is sound in all respects, and should be adopted in its entirety.

IT IS THEREFORE ORDERED that **defendants' motion for summary judgment (document #44)** should be, and it hereby is, **granted in part and denied in part**. The motion is **granted with respect to plaintiff's denial of medical care claim**. The motion is **denied with respect to plaintiff's claims that he was subjected to unconstitutional conditions of confinement.**

IT IS FURTHER ORDERED that this matter is referred back to the Magistrate Judge for further disposition of Plaintiff's remaining

claims that he was subjected to unconstitutional conditions of confinement.

    IT IS SO ORDERED.

                                      **/s/ Jimm Larry Hendren**
                                      JIMM LARRY HENDREN
                                      UNITED STATES DISTRICT JUDGE